IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-CR-00102-BO-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JOSE DARWIN FLORES | ) | |

This Cause comes before the Court upon Defendant's motion to seal docket entry number 17. [DE-19]. For good cause shown, Defendant's motion [DE-19] is ALLOWED. It is therefore ORDERED that Defendant's motion [DE-17] be sealed until further notice by this Court.

DONE AND ORDERED in Chambers at Raleigh, North Carolina this 13th day of May, 2011.

WILLIAM A. WEBB
UNITED STATES MAGISTRATE JUDGE